UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CALIBER HOME LOANS, INC.,

   Plaintiff,

v.                                               Case No: 8:16-cv-2595-T-36TGW

WILLIAM MANTOOTH, JR. and NFM INC.,

   Defendants.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on November 28, 2016 (Doc. 29). In the Report and Recommendation, Magistrate Judge Wilson recommends that plaintiff's Motion for a Preliminary Injunction and Supporting Memorandum of Law (Doc. 2) be granted as set forth in the parties' joint motion (*see* Doc. 25-1, Ex. A)  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The parties filed a joint notice advising the Court that they have no objection to the November 28, 2016 Report and Recommendation (Doc. 30).

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 29) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)   Plaintiff's Motion for a Preliminary Injunction (Doc. 2) is GRANTED.  A Preliminary Injunction will be entered by separate Order.

**DONE AND ORDERED** at Tampa, Florida on December 12, 2016.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record